Argued and submitted December 10, 1993, reversed and remanded for reconsideration March 9, 1994

In the Matter of the Compensation of
Henry L. Studer, Claimant.

Henry L. STUDER,
*Petitioner,*

*v.*

N.W. AGRICULTURAL CO-OP
and SAIF Corporation,
*Respondents.*

(91-18057; CA A78878)

869 P2d 906

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Edward J. Harri argued the cause for petitioner. With him on the brief was Malagon, Moore, Johnson, Jensen & Correll.

Michael O. Whitty, Assistant Attorney General, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration in the light of *Stone v. Whittier Wood Products*, 124 Or App 117, 861 P2d 387 (1993).